UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JENNIFER MEZICH AND WALTER MEZICH** a married couple, individually and through the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Civil Action No.: 2:17-cv-01800<br><br>**ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF FRCP 26(f) DEADLINES** |

THIS MATTER having come before the Court on Plaintiffs' Motion for Extension of FRCP 26(f) Deadlines, the Court having reviewed the pleadings and files herein, hereby orders as follows:

The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement is amended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | April 6, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 13, 2018 |
| Combined Joint Status Report and Discovery Plan As Required by FRCP 26(f) and LCR 26(f): | April 20, 2018 |

ORDER ON MOTION FOR
EXTENSION OF FRCP 26(f)
DEADLINES -1

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 988
2033 6TH AVENUE
SEATTLE, WASHINGTON 98121
(206) 448-5905

DATED this 12 day of January 2018.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

RUSSO & GRAHAM

/s/Carl-Erich Kruse
CARL-ERICH KRUSE
Russo & Graham
2033 6th Avenue, Ste. 988
Seattle, WA 98121
Phone: (206) 448-5905
Fax: (206) 441-4743
Attorneys for Plaintiff
WSBA No. 45964

ORDER ON MOTION FOR
EXTENSION OF FRCP 26(f)
DEADLINES -2

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 988
2033 6TH AVENUE
SEATTLE, WASHINGTON 98121
(206) 448-5905