# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **JENNIFER MEZICH AND WALTER MEZICH,** a married couple, individually and through the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Cause No.: 2:17-cv-01800-RSM<br><br>**UNOPPOSED MOTION AND ORDER TO AMEND DATES IN THE SCHEDULING ORDER (ECF Nos. 8 & 15)** |

**COME NOW** Plaintiffs and move the Court to modify one date for purposes of the Scheduling Order in this case (ECF No. 8), as subsequently modified (ECF No. 15):

1. **Initial Disclosures**: May 30, 2018.

This motion is made for good cause, specifically both Plaintiffs' counsel have lengthy medical malpractice trials in the next month requiring their full attention.

Dated this 10th day of April, 2018.

```
The Sullivan Law Firm
By: /s/ Kevin P. Sullivan
    Kevin P. Sullivan, WSBA #11987
    701 Fifth Avenue, Suite 4600
    Seattle, Washington  98104-7068
    Telephone: (206) 903-0504
    Facsimile:  (206) 260-2060
    k.sullivan@sullivanlawfirm.org
    Of Attorneys for Plaintiff
```

Russo & Graham
By: */s/ Anthony Russo* by K.P.S.
    Anthony A. Russo, WSBA #6272
    Carl-Erich Kruse, WSBA #45964
    2033 6th Avenue, Suite 988
    Seattle, Washington  98121
    Telephone: (206) 448-5905
    Facsimile:  (206) 269-8291
    *tony@russograham.com*
    Of Attorneys for Plaintiff

**Unopposed Motion and Order to Amend Dates in the Scheduling Order - 1 of 2**

THE SULLIVAN LAW FIRM
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504

# ORDER GRANTING MOTION TO AMEND DATES IN SCHEDULING ORDER

For good cause shown, it is so ordered.

Dated this 10 day of April, 2018.

                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

| The Sullivan Law Firm | Russo & Graham |
|---|---|
| By: */s/ Kevin P. Sullivan* <br> Kevin P. Sullivan, WSBA #11987 <br> 701 Fifth Avenue, Suite 4600 <br> Seattle, Washington 98104-7068 <br> Telephone: (206) 903-0504 <br> Facsimile: (206) 260-2060 <br> *k.sullivan@sullivanlawfirm.org* <br> Of Attorneys for Plaintiff | By: */s/ Anthony Russo* by K.P.S. <br> Anthony A. Russo, WSBA #6272 <br> Carl-Erich Kruse, WSBA #45964 <br> 2033 6th Avenue, Suite 988 <br> Seattle, Washington 98121 <br> Telephone: (206) 448-5905 <br> Facsimile: (206) 269-8291 <br> *tony@russograham.com* <br> Of Attorneys for Plaintiff |

*Approved as to form, notice of presentation waived:*

United States Attorney

By: */s/ Whitney Passmore* by K.P.S. per email authorization of 4/4/2018
    Whitney Passmore, Fla. No. 91922
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Telephone: (206) 553-7970
    Facsimile: (206) 553-4067
    *whitney.passmore@usdoj.gov*
    Of Attorneys for Defendant

**Unopposed Motion and Order to Amend Dates in the Scheduling Order - 2 of 2**

The Sullivan Law Firm
K.Sullivan@SullivanLawFirm.org
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104
206.903.0504