# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JENNIFER MEZICH AND WALTER MEZICH, a married couple, individually and through the marital community composed thereof,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C17-01800 RSM

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following pretrial deadlines as set forth in the Court's April 20, 2018, Order Setting Trial Date (Dkt. No. 21), as set forth below.

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Expert Witness Disclosure Deadline | January 9, 2019 | February 11, 2019 |

The purpose for the extension is to allow the parties to conduct further discovery as necessary in preparation for its expert witness disclosures.

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES
- 1

**SO STIPULATED**.

Dated this 19th day of December, 2018.

/s/ *Anthony A. Russo*
Anthony A. Russo, WSBA No. 6272
Russo & Graham
2033 6th Avenue, Suite 988
Seattle, WA 98121
Phone: (206) 448-5905
tony@russograham.com

/s/ *Kevin P. Sullivan*
Kevin P. Sullivan, WSBA No. 11987
The Sullivan Law Firm
701 Fifth Avenue, Suite 4600
Seattle, WA 98104
Phone: (206) 903-0504
k.sullivan@sullivanlawfirm.org

Attorneys for Plaintiffs

**SO STIPULATED**.

Dated this 19th day of December, 2018.

ANNETTE L. HAYES
United States Attorney

s/ *Whitney Passmore*
WHITNEY PASSMORE, Fla. No. 91922

s/ *Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: Whitney.Passmore@usdoj.gov
Email: Katie.fairchild@usdoj.gov

Attorneys for Defendant United States

## ORDER

**IT IS SO ORDERED** this 4th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES
- 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970