UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MEZICH AND WALTER MEZICH, a married couple, individually and through the marital community composed thereof,<br><br>                  Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | Case No. C17-01800 RSM<br><br>ORDER ON STIPULATED MOTION |

This matter is before the Court on the Defendant's Notice of Appropriations Received (Dkt. #27) and the Parties' Stipulated Motion for Extension of Trial Date and Pretrial Deadlines (Dkt. #28). In accordance with the Notice of Appropriations Received and the Parties' Stipulation, the Court finds and ORDERS that:

1. The stay imposed in the Court's Order Granting United States' Motion for a Stay of Case in Light of Lapse of Appropriations (Dkt. #26) is LIFTED.

2. The Trial Date and Pretrial Deadlines (Dkts. #21 & #24) are modified as follows:

| Deadline | Old Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure Deadline | February 11, 2019 | June 19, 2019 |

| Discovery Motion Deadline | February 8, 2019 | July 19, 2019 |
|---|---|---|
| Discovery Completion | March 11, 2019 | August 19, 2019 |
| Mediation Deadline | May 24, 2019 | November 1, 2019 |
| Motions in Limine | June 10, 2019 | November 18, 2019 |
| Agreed Pretrial Order | June 26, 2019 | December 4, 2019 |
| Pretrial Conference | To be Scheduled | To be Scheduled |
| Trial Briefs and proposed findings of fact and conclusions of law | July 3, 2019 | December 11, 2019 |
| Five Day Trial Date | July 8, 2019 | December 16, 2019 |

Dated this <u>20</u> day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2