UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MEZICH AND WALTER MEZICH, a married couple, individually and through the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C17-1800 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

**JOINT STIPULATION**

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

STIPULATION AND ORDER OF DISMISSAL
C17-1800 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

DATED this 3rd day of June, 2019.

| | |
|---|---|
| /s/ *Anthony A. Russo* | BRIAN T. MORAN |
| Anthony A. Russo, WSBA No. 6272 | United States Attorney |
| Russo & Graham | |
| 2033 6th Avenue, Suite 988 | s/ *Whitney Passmore* |
| Seattle, WA 98121 | WHITNEY PASSMORE, FL No. 91922 |
| Phone: (206) 448-5905 | |
| tony@russograham.com | s/ *Heather Carney Costanzo* |
| | HEATHER CARNEY COSTANZO, FL |
| /s/ *Kevin P. Sullivan* | No. 37378 |
| Kevin P. Sullivan, WSBA No. 11987 | Assistant United States Attorney |
| The Sullivan Law Firm | United States Attorney's Office |
| 701 Fifth Avenue, Suite 4600 | 700 Stewart Street, Suite 5220 |
| Seattle, WA 98104 | Seattle, Washington 98101-1271 |
| Phone: (206) 903-0504 | Phone: 206-553-7970 |
| k.sullivan@sullivanlawfirm.org | Fax: 206-553-4067 |
| | Email: Whitney.Passmore@usdoj.gov |
| Attorneys for Plaintiffs | Attorneys for Defendant United States |

STIPULATION AND ORDER OF DISMISSAL
C17-1800 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 5th day of June 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
C17-1800 RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970